United States District Court
Southern District of Texas
FILED

APR 2 2 2005

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

APR 2 2 2005   BM

Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | **CASE NO. L-05-CR-345** |
| | § § | |
| Osbaldo Enriquez-Morales | § | |

### ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on April 13, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 22st day of April, 2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE